ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3172
     Facsimile: (213) 894-7177
     E-mail:    Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6

**FILED: 8/11/14**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ONE REAL PROPERTY LOCATED IN MALIBU, CALIFORNIA,<br><br>        Defendant. | NO. CV 13-8686 GHK (RZx)<br><br>[~~PROPOSED~~]<br><br>CONSENT JUDGMENT OF FORFEITURE |

     This matter was commenced on November 26, 2013, against the defendant One Real Property Located in Malibu, California ("Malibu Real Property").[1]

     Absolute Activist Value Master Fund Limited, Absolute East West Fund Limited, Absolute East West Master Fund Limited, Absolute European Catalyst Fund Limited, Absolute Germany Fund Limited, Absolute India Fund Limited, Absolute

---

[1] Pursuant to Local Rule 5.2-1, full account numbers and residential addresses have been excluded from this document.

Octane Fund Limited, Absolute Octane Master Fund Limited, and Absolute Return Europe Fund Limited (collectively, "The Absolute Funds") claim interests in the defendant Malibu Real Property.  No claimants other than The Absolute Funds remain as parties in this case and the time for filing statements of interest has expired.

The Malibu Real Property was sold for $7,060,000 on or about January 24, 2014.  On February 19, 2014, the Court issued an Order Re Stipulation Regarding Substitute Res and Withdrawal of Claims between the United States and Todd M. Ficeto; Charles Ficeto, as trustee of Western Promethean Grantor Retained Income Trust; and Christina Ficeto (Todd Ficeto, Charles Ficeto and Christina Ficeto are referred to collectively as "the Ficeto Claimants").  Docket Number ("DN") 35.  The Order provided that $1.5 million of the net proceeds of the sale of the Malibu Real Property shall be paid to Christina Ficeto and the Ficeto Claimants agreed to withdraw their claims and not contest forfeiture of the remaining net sale proceeds and credits totaling $1,881,968.33.  On March 24, 2014, the Court issued an Order that the remaining net sale proceeds and credits in the amount of $1,881,968.33 in funds would be substituted into this matter as Substitute Res in place of the defendant Malibu Real Property.  DN 41.  The $1,881,968.33 in funds is hereinafter referred as the Substitute Res.

Plaintiff United States of America ("the United States" or "the government") and The Absolute Funds have reached an agreement that is dispositive of the action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture ("Consent Judgment").

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.      This Court has jurisdiction over the parties and the subject matter of this action.

2.      Notice of this action has been given in accordance with law.  All potential claimants to the defendant substitute res, other than The Absolute Funds; Todd M. Ficeto; Charles Ficeto, as trustee of Western Promethean Grantor Retained Income Trust; and Christina Ficeto, are deemed to have admitted the allegations of the

Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.  The Absolute Funds are relieved of their obligations to file an answer in this litigation.

3.     The United States of America shall have judgment to the Substitute Res ($1,881,968.33), plus all interest earned by the United States on said funds, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said funds in accordance with law.[2]

4.     The Absolute Funds, on behalf of themselves and their agents and representatives, hereby release and hold harmless the United States, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation of this matter, from any and all claims, including claims for interest, actions or causes of action, damages, expenses, and costs, known and unknown, which may hereafter be asserted or brought by or on behalf of The Absolute Funds or any of their agents or representatives, arising out of the seizure and/or forfeiture of the defendant and the institution of this matter.

5.     Each of the Parties to this Consent Judgment shall bear its own attorney's fees and other costs in connection with this matter.

6.     Each of the signatories to this Consent Judgment represents that he or she has the full power and authority (without further approvals or consents) to enter into this Consent Judgment and perform the obligations set forth herein.

7.     This Consent Judgment may be signed in counterparts and shall be deemed to have been equally drafted by the parties hereto.

---

[2]  The Absolute Funds submitted a petition for remission to the United States Department of Justice (the "DOJ") for the defendant asset and other related assets.  On or about July 11, 2014, the DOJ issued a preliminary determination to grant the petition for remission of certain assets, including the defendant asset, conditioned on the entry of final order(s) of forfeiture against the asset(s).

3

8.     Based on the DOJ's preliminary determination to grant the petition for remission referenced in footnote 2, *supra*, The Absolute Funds waive all appeal rights with respect to this matter.

9.     The Court finds that there was reasonable cause for the seizure of the defendant Malibu Real Property and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. IT IS SO ORDERED.


DATED:  ___8/11___, 2014          _____

                                  THE HONORABLE GEORGE H. KING
                                  UNITED STATES DISTRICT JUDGE



**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

Dated:   August 4, 2014          ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 _____/s/_____
                                 KATHARINE SCHONBACHLER
                                 Assistant United States Attorney
                                 Attorneys for Plaintiff
                                 United States of America


DATED:  August 4, 2014           _____/s/_____
                                 LINDA IMES
                                 CHRISTOPHER W. DYSARD
                                 Spears & Imes LLP

                                 -and-

                                 DAVID A. KETTEL
                                 Katten Muchin Rosenman LLP

                                 Attorneys for The Absolute Funds Claimants:

                                 Absolute Activist Value Master Fund Limited,
                                 Absolute East West Fund Limited,
                                 Absolute East West Master Fund Limited,
                                 Absolute European Catalyst Fund Limited,
                                 Absolute Germany Fund Limited,
                                 Absolute India Fund Limited,
                                 Absolute Octane Fund Limited,
                                 Absolute Octane Master Fund Limited, and
                                 Absolute Return Europe Fund Limited